UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | 2:05-CR-00299-PMP-LRL |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| LAWRENCE R. VALENTINE, | ) | |
| Defendant. | ) | |

**IT IS ORDERED that** Defendant Lawrence Valentine's Emergency Motion for Relief Regarding Mr. Valentine's Need for Immediate Eye Care (Doc. #140) filed July 28, 2011, is **GRANTED**.

**IT IS FURTHER ORDERED that** the Federal Correctional Institution in Herlong, California (FCI Herlong), where Mr. Valentine is currently incarcerated shall immediately have an ophthalmologist evaluate Mr. Valentine for medical treatment in connection with his glaucoma condition.

DATED:  August 2, 2011.

_____
PHILIP M. PRO
United States District Judge